UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: SA:18-M -00743(3) |
| | § | |
| (3) BRANDON MORRIS | § | |

## ORDER GRANTING MOTION TO DETAIN

The government has moved to detain the defendant without bond pending trial, pursuant to 18 U.S.C. § 3142(f). The defendant has filed a Waiver of Detention Hearing, in which the defendant acknowledged the right to a detention hearing, and waived that hearing and the right to contest the government's motion to detain. The Court hereby accepts the defendant's waiver, subject to reconsideration at a later date if appropriate. *See United States v. Clark*, 865 F.2d 1433, 1437 (4th Cir. 1989) (en banc) (waiver of detention hearing "is not an absolute, final relinquishment of all rights under the Bail Reform Act"); *cf.* 18 U.S.C. § 3142(f) (detention hearing may be reopened "if the judicial officer finds that information exists which was not known to the movant at the time of the hearing and has a material bearing on the issue" of detention or release).

Accordingly, it is ORDERED that:

(1) The government's motion to detain is GRANTED.

(2) Defendant is detained without bond pending trial.

(3) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility seperate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

(4) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(5) On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined must deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**SIGNED** this 14th day of June, 2018.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE