UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED 2018 JUN 20 PM 1: 24
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH GONZALES (1),<br>CHRISTOPHER LEON (2), and<br>BRANDON MORRIS (3).<br><br>Defendants. | CRIMINAL NO. SA18CR0435 XR<br><br>**Count 1:** 21 U.S.C. §§ 846, 841(b)(1)(A): Conspiracy to possess 500g mixture containing methamphetamine<br>**Count 2:** 21 U.S.C. §841(b)(1)(A) possess 500g mixture containing methamphetamine |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §§ 846, 841(b)(1)(A)]

That on or about, June 4, 2018, in the Western District of Texas and elsewhere, Defendants,

**JOSEPH GONZALES (1),**
**CHRISTOPHER LEON (2), and,**
**BRANDON MORRIS (3).**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

1

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing a controlled substance involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
|---|---|
| JOSEPH GONZALES (1), | 500 grams or more of mixture containing methamphetamine |
| CHRISTOPHER LEON (2) | 500 grams or more of mixture containing methamphetamine |
| BRANDON MORRIS (3). | 500 grams or more of mixture containing methamphetamine |

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

That on or about June 4, 2018, in the Western District of Texas and elsewhere, Defendants,

**JOSEPH GONZALES (1),**
**CHRISTOPHER LEON (2), and,**
**BRANDON MORRIS (3).**

did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
United States Attorney

BY: _____
MATTHEW LATHROP
Assistant United States Attorney