To the honorable Judge Xavier Rodriguez, I, Brandon Morris USM#09278480 would like to dismiss counsel and appoint a new court appointed attorney. The reason being is that he has been lieing to me and trying to coherse me into signing a plea of 10-life. He refuses to ask the goverment for any type of better deal. I have the minor role but he says that doesnt matter. The Prosecuter even said that he believes I didnt know how much drugs was involved but yet mr. Camara doesnt ask him if they could drop the quanity. The quanity is the reason I have 10-life madotory minimum and it would make sense to at least ask since they arent out to get me. I feel like mr. Camara wants me to just sign right away and get my case over. He told me that if I signed I'd get safety valve then once I signed he told me that I dont qualify. Please assign me new counsel and I dont want to go thru with that plea deal that I was coheresed into signing.

Silcerly,
Brandon Morris

Brandon Morris #09278480
810 Commerce St.
Karnes City, TX. 78118

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
09 JAN 2020 PM 2 L

Barn Swallow
FOREVER / USA

RECEIVED
JAN 1 6 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Honorable Judge Xavier Rodriguez
655 E. Cesar E Chavez blvd
San Antonio Tx, 78206

78206-111240