# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case Number.: SA:18-CR-00435(3)-XR |
| | § | |
| (3) BRANDON MORRIS | § | |
| *Defendant* | | |

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, **Alan Brown** is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 29th day of January, 2020.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE