# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | SA:18-CR-00435(3)-XR |
| § | |
| (3) BRANDON MORRIS § | |

## ORDER RESETTING SENTENCING

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING by Video,** on **Friday, October 01, 2021 at 02:30 PM**. Forthcoming video link to be provided by the Courtroom Deputy.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 9th day of September, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE